UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAUGH,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BARRETT BUSINESS SERVICES, INC.,<br><br>　　　　Defendants. | Case No. 16-cv-02121-VC<br><br>**ORDER DENYING REQUEST TO APPEAR TELEPHONICALLY**<br><br>Re: Dkt. No. 26 |

　　　The motion to appear telephonically is denied.  Counsel is instructed to read Judge Chhabria's standing order more carefully.  If the Court determines a hearing is unnecessary, it will inform the parties.

　　　**IT IS SO ORDERED.**

Dated: January 13, 2017

_____
VINCE CHHABRIA
United States District Judge