UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAUGH,<br><br>        Plaintiff,<br><br>    v.<br><br>BARRETT BUSINESS SERVICES, INC.,<br><br>        Defendant. | Case No.  16-cv-02121-VC<br><br>**JUDGMENT** |

      The Court, having dismissed the plaintiff's claims, now enters judgment of dismissal without prejudice.  The Clerk of Court is directed to close the case.

      **IT IS SO ORDERED.**

Dated: March 27, 2017

                                                       VINCE CHHABRIA<br>                                                       United States District Judge